

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00349-CV
_____

IN THE INTEREST OF M.J.M., M.A.M., D.M., AND M.R.M., CHILDREN

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 55,853, Honorable Ruben Gonzales Reyes, Presiding

February 18, 2015

## ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

In September 2014, appellant, S.M.,[1] filed notice of appeal from the trial court's Order on Arrears. Appellant now has filed his Agreed Motion to Dismiss Appeal with Prejudice in which he represents that he and appellee, J.S., have settled the matter and agreed on allocation of costs. Without passing on its merits, pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

Because the motion recites that the parties have reached agreement on costs of appeal, we make no order on costs. And because we have dismissed the appeal at

_____

[1] To protect the parties' privacy, we will refer to the parties by initials. *See* TEX. R. APP. P. 9.8(b).

appellant's request, we will not entertain a motion for rehearing and our mandate will issue forthwith.


James T. Campbell
Justice